472 A.2d 233

Commonwealth v. Carter, Appellant.

Submitted October 20, 1983. Jeremy T. Ross, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, BECK and HOFFMAN, JJ.

Affirmed.